UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-204-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| COREY DAMONE REEVES | |

On motion of the defendant, Corey Damone Reeves, and for good cause shown, it is hereby ORDERED that the **[DE# 83]** be sealed until further notice by this Court.

IT IS SO ORDERED.

This  23rd  day of March, 2016.

_____
LOUISE W. FLANAGAN
United States District Judge