FILED: June 17, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-945**
**(5:09-cr-00204-FL-1)**

_____

In re: COREY DAMONE REEVES, a/k/a Seven, a/k/a Heavy,

      Movant.

_____

O R D E R

_____

Corey Damone Reeves has filed a motion pursuant to 28 U.S.C. §§ 2244, 2255(h) (2012) for authorization to file a second or successive 28 U.S.C. § 2255 (2012) motion. Reeves has made a prima facie showing that the new rule of constitutional law announced in Johnson v. United States, 135 S. Ct. 2551 (2015), and held to apply retroactively to cases on collateral review by Welch v. United States, 136 S. Ct. 1257 (2016), may apply to his case. See In re Hubbard, __ F.3d __, No. 15-276, 2016 WL 3181417 (4th Cir. June 8, 2016). We grant authorization for Reeves to file a second or successive § 2255 motion, thus permitting consideration of the motion by the district court in the first instance. The one-year limitations period of 28 U.S.C. § 2255(f)(3) for filing a § 2255

motion raising a claim relying on the Supreme Court's decision in <u>Johnson</u> expires on June 26, 2016.

    Entered at the direction of the panel: Judge Motz, Judge Shedd, and Judge Harris.

                                                For the Court

                                                <u>/s/ Patricia S. Connor, Clerk</u>