UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CR-204-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>vs.<br><br>COREY DAMONE REEVES,<br>        Defendant. | **ORDER** |

This matter is before the Court on Defendant Corey Damone Reeves' Motion to Seal Memorandum at DE 107.

FOR GOOD CAUSE SHOWN, the Motion is ALLOWED. The Clerk is directed to the Memorandum filed at DE 107 until further order of the Court.

SO ORDERED.

This the 10th day of July, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge

1