# UNITED STATES DISTRICT COURT
for the
### EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Corey Damone Reeves**                                    **Docket No. 5:09-CR-204-1FL**

### Petition for Action on Supervised Release

COMES NOW Keith W. Lawrence, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Corey Damone Reeves, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute More Than 50 Grams of Cocaine Base (Crack) and More Than 5 Kilograms of Cocaine, in violation of 21 U.S.C. § 846, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on March 31, 2010, to the custody of the Bureau of Prisons for a term of 200 months. It was further ordered that upon release from imprisonment, the defendant be placed on supervised release for a period of 60 months. On April 11, 2016, pursuant to 18 U.S.C. § 3582(c)(2), the term of imprisonment was reduced to 188 months. On November 3, 2017, the court further reduced the term of imprisonment to 132 months. Corey Damone Reeves was released from custody on September 21, 2018, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
Reeves advised since being released from the Bureau of Prisons, he has struggled with the every day stress of running his business as well as the day-to-day issues with his family. The defendant advised he is suffering with anxiety issues and believes he needs to see a professional to deal with his mental health issues. To assist the defendant with his mental health, we would respectfully request that his conditions of supervised release be amended to include a mental health condition. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1.  The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing is
                                                true and correct.


/s/ Michael C. Brittain                         /s/ Keith W. Lawrence
Michael C. Brittain                             Keith W. Lawrence
Supervising U.S. Probation Officer              Senior U.S. Probation Officer
                                                150 Rowan Street Suite 110
                                                Fayetteville, NC 28301
                                                Phone: 910-354-2538
                                                Executed On: December 12, 2018

### ORDER OF THE COURT

Considered and ordered this ___13th___ day of ___December___, 2018, and ordered filed and made a part of the records in the above case.


Louise W. Flanagan
U.S. District Judge